UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                          Case No. 18-cr-20778
                                                     Hon. Matthew F. Leitman

v.

ANDREW J. MANNOR,

      Defendant.
_____/

## ORDER RELEASING DEFENDANT FROM CUSTODY

**IT IS HEREBY ORDERED** that Defendant Andrew J. Mannor shall be released from custody on Tuesday, April 4, 2023, at 9:00 a.m. **IT IS FURTHER ORDERED** that he shall report to the Salvation Army located at 2200 N. Dort Highway, Flint, Mi 48506, on April 4, 2023, as directed by his supervising probation officer. Mr. Mannor shall comply with all conditions of supervised release, including those added on the record during the hearing in this case held on March 30, 2023. (The conditions that were added on the record on March 30, 2023, will be memorialized in an additional order to be entered by the Court.)

                                                           /s/Matthew F. Leitman
                                                           MATTHEW F. LEITMAN
                                                           UNITED STATES DISTRICT JUDGE

Dated: April 3, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 3, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126
