MIE 1A
Revised 08\18

Order of the Court to Continue Supervision
**UNITED STATES DISTRICT COURT**
**for the**
**Eastern District of Michigan**

UNITED STATES OF AMERICA

       v.

MANNOR, Andrew J                      Crim. No.:  18-CR-20778-01

On 03/10/2023 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violation(s) of supervision.  The issue(s) of the violation(s) was/were heard in Court on 03/30/2023, and the Court made the following finding(s):

**X**    Guilty of violating Counts 2 and 3 of the violation petition.  Count 1 dismissed.  The following special condition(s) of supervision is/are added.

         The defendant shall participate in a residential treatment program for dual integrated disorders.  He shall complete all phases of the residential program.

         You must submit to a psychological/psychiatric evaluation as directed by the probation officer.

         You must take all mental health medications that are prescribed by your treating physician.

**X**    Term of supervised release extended one year to 06/13/2024.

Respectfully submitted,

s/Timothy M. Clolinger
Timothy M. Clolinger
Senior United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 5th Day of April, 2023.

s/Matthew F. Leitman
Honorable Matthew F. Leitman
United States District Judge